IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | | |
|---|---|---|
| JEROME WALDHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 6:12-CV-01487-JO |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of | ) | JUDGMENT |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

JONES, J.,

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and remanded for further

proceedings.

DATED this ___19ᵗʰ day of December, 2013.

Robert E. Jones, Senior Judge
United States District Court

-1-    JUDGMENT